AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Daniel Pistone, *M.D.*, themselves and all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>Stat MD, LLC; Harry Gore; Ginger Gore,<br>    Defendants. | CA   4:17-cv-02206-DCC-KDW |

**DEFAULT JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: Default Judgment is entered in favor of Plaintiff, Daniel Pistone, M.D., against Defendant, Stat MD, LLC, in the total amount of Eighty-Six Thousand Two Hundred Fifty and 00/100 dollars ($86,250.00), plus post-judgment interest at the rate of 2.48 %.

This action was *(check one)*:
☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.
☐ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, who grants plaintiff's Motion for Default Judgment.

                                                      CLERK OF COURT, Robin L. Blume

March 29, 2019                                              By: s/Leah Suttles, Deputy Clerk